

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00452-CV

William Moser, Dreama Greene, Matthew Moody, Individually, Matthew Moody as Legal Guardian and Next Friend of Emily Moody, a Minor, and Matthew Moody as Legal Guardian and Next Friend of Marilyn Moody, a Minor

v.

Texas Farm Bureau Mutual Insurance Company

On Appeal from the
28th District Court of Nueces County, Texas
Trial Court Cause No. 2019DCV-5885-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

September 23, 2021